UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-679-FDW

| | |
|---|---|
| JACKIE SANDERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| CALEDONIA CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on initial review of Plaintiff's Complaint, (Doc. No. 1).

## I.  BACKGROUND

In this action filed on November 22, 2017, pursuant to 42 U.S.C. § 1983, pro se Plaintiff Jackie Sanders, a North Carolina inmate currently incarcerated at Craven Correctional Institution in Vanceboro, North Carolina, purports to bring a claim for deliberate indifference to serious medical needs arising out of events occurring while he was an inmate at Caledonia Correctional Institution in Halifax, North Carolina.  Plaintiff has named as Defendants (1) "Caledonia Corrections"; (2) the "State of North Carolina"; and (3) "FNU Long," identified as a doctor at Central Prison in Raleigh, North Carolina.  Plaintiff alleges in relevant part that, when he was incarcerated at Caledonia, medical staff sent him to Central Prison, where Dr. Long removed a mole without Plaintiff's consent.

## II.  DISCUSSION

In an action arising under 42 U.S.C. § 1983, venue is established by 28 U.S.C. § 1391(b),

which provides: (b) A civil action may be brought in: (1) a judicial district where any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action. Therefore, under Section 1391, Plaintiff's action may be heard in a venue where all the defendants reside, or in the venue where the issue substantially arose, which is the Eastern District of North Carolina. Pursuant to 28 U.S.C. § 1406(a), the Court may dismiss this action, or, if it is in the interest of justice, transfer this action to the United States District Court for the Eastern District of North Carolina. The Court will transfer this action to the Eastern District of North Carolina.

### III. CONCLUSION

For the reasons stated herein, the Court transfers this action to the Eastern District of North Carolina.

**IT IS, THEREFORE, ORDERED that:**

1. Plaintiff's action is transferred to the Eastern District of North Carolina.
2. The Clerk is instructed to terminate this action.

Signed: November 28, 2017

Frank D. Whitney
Chief United States District Judge